(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>McIntosh, Leonard E | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>McIntosh, Krystal |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-4280 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-0395 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>14527 S. Lasalle Street<br>Riverdale, IL 60827 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>14527 S. Lasalle Street<br>Riverdale, IL 60827 |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: Cook |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative exp will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 10(...) |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,(...) $100 mil |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000, $100 ml |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 11/29/2004
Time: 15:32:52
Debtor: LEONARD E MCINTOSH
Case: 04-43914    Fee : 194
Chapter: 13 Rec. # : 3113062
Judge: Pamela Hollis
341 mtg: 12/27/2004 @ 02:30PM
ConfHrg: 01/24/2005 @ 11:00AM
Trustee: MARILYN MARSHALL

1:04BK43914-BK001

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>McIntosh, Leonard E<br>McIntosh, Krystal |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Leonard E McIntosh_ (signed)
Signature of Debtor **Leonard E McIntosh**

X _Krystal McIntosh_ (signed)
Signature of Joint Debtor **Krystal McIntosh**

Telephone Number (If not represented by attorney)

_11-29-2004_
Date

**Signature of Attorney**

X _Susan A. Goreczny_ (signed)
Signature of Attorney for Debtor(s)
**Susan A. Goreczny 6191574**
Printed Name of Attorney for Debtor(s)
**Sacks, Goreczny, Maslanka & Costello, P.C.**
Firm Name
**100 West Monroe Street
Suite 804
Chicago, IL 60603**
Address
**312-641-2424**
Telephone Number

_11-29-04_
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Susan A. Goreczny_ (signed)   _11-29-04_
Signature of Attorney for Debtor(s)    Date
**Susan A. Goreczny 6191574**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Leonard E McIntosh**
**Krystal McIntosh**
Debtor(s)

Case No. _____
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **16**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: *11-29-2004*

*(signature)*
**Leonard E McIntosh**
Signature of Debtor

Date: *11-29-2004*

*(signature)*
**Krystal McIntosh**
Signature of Debtor

City of Chicago
Acct No 5019114450
Department of Revenue
121 N. LaSalle Room 107
Chicago, IL 60602


Comcast
Acct No 01011070118
c/o Credit Protection Association
13355 Noel Road
Dallas, TX 75240


Credit Acceptance Corp
Acct No 002203682
25505 W. Twelve Mile Road
PO Box 513
Southfield, MI 48037


Drive Financial
Acct No 7239028876
8550 N. Stemmons Freeway
Suite 800
Dallas, TX 75247


Ford Motor Credit Co.
Acct No 03M1-148155
c/o Freedman, Anselmo, Lindbert
PO Box 3228
Naperville, IL 60566-7228


Gregory Emergency Physicians
Acct No SSM04078002701
PO Box 7428
Philadelphia, PA 19101-7428


Household Credit Services
Acct No 5440-4550-0308-7080
PO Box 80084
Salinas, CA 93912-0084


Illinois Farmers Insurance Co.
Acct No 99M1-10652
c/o Schulze, Baker & Associates
1111 Plaza Drive, #450
Schaumburg, IL 60173

Money Control
PO Box 4990
Riverside, CA 92514


Municipal Collection Services, Inc.
PO Box 666
Lansing, IL 60438


Old Republic
307 N. Michigan Avenue
Chicago, IL 60601


Pierce & Associates
One N. Dearborn
Suite 1300
Chicago, IL 60602


Providian Financial Visa
Acct No 4254490067
PO Box 99607
Arlington, TX 76096


TruGreen Chemlawn
Acct No 128856
PO Box 838
Midlothian, IL 60445


Village of Riverdale
157 West 144th Street
Riverdale, IL 60827


Wells Fargo Home Mortgage
Acct No 6670290
3476 Stateview Blvd.
MAC X7801-03K
Fort Mill, SC 29715