IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McIntosh, Leonard E | Case Number: 04 B 43914 |
|---|---|---|
| | McIntosh, Krystal | Judge: Hollis, Pamela S |
| | Printed: 11/20/07 | Filed: 11/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 1, 2007
Confirmed: February 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 58,768.20 |  |
| Secured: |  | 29,374.15 |
| Unsecured: |  | 25,362.05 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,955.70 |
| Other Funds: |  | 1,076.30 |
| Totals: | 58,768.20 | 58,768.20 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Credit Acceptance Corp | Secured | 5,416.00 | 5,416.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 14,599.82 | 14,209.33 |
| 4. | Drive Financial Services | Secured | 9,748.82 | 9,748.82 |
| 5. | Drive Financial Services | Unsecured | 4,956.63 | 4,956.63 |
| 6. | Municipal Collection Services | Unsecured | 1,050.00 | 1,050.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 13,793.35 | 13,793.35 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 430.00 | 430.00 |
| 9. | ECast Settlement Corp | Unsecured | 658.10 | 658.10 |
| 10. | ECast Settlement Corp | Unsecured | 1,131.65 | 1,131.65 |
| 11. | Credit Acceptance Corp | Unsecured | 3,342.32 | 3,342.32 |
| 12. | Tru Green Chemlawn | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | Gregory Emergency Physicians | Unsecured |  | No Claim Filed |
| 15. | Village of Dolton | Unsecured |  | No Claim Filed |
| 16. | Old Republic | Unsecured |  | No Claim Filed |
| 17. | Money Control | Unsecured |  | No Claim Filed |
| 18. | Providian | Unsecured |  | No Claim Filed |
| 19. | Illinois Farmers Insurance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 55,126.69 | $ 54,736.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 201.07 |
| 3% | 62.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McIntosh, Leonard E  
McIntosh, Krystal  
Printed: 11/20/07

Case Number: 04 B 43914  
Judge: Hollis, Pamela S  
Filed: 11/29/04

|      |          |
|------|----------|
| 5.5% |   521.07 |
| 5%   |   157.98 |
| 4.8% |   291.57 |
| 5.4% | 1,721.91 |
|      | _____ |
|      | $ 2,955.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*